**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL DOMBROSKI AND ELIZABETH DOMBROSKI, HUSBAND AND WIFE | : | No. 455 MAL 2019 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| DALLAS TOWNSHIP ZONING HEARING BOARD AND ALAN PUGH AND BRENDA PUGH, HUSBAND AND WIFE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: ALAN PUGH AND BRENDA PUGH, HUSBAND AND WIFE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.